**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1281**

———————

CLEO ANTHANETT CHRISTOPHER,

        Plaintiff – Appellant,

     v.

ST. VINCENT DE PAUL OF BALTIMORE INC.; JOHN J. SCHIAVONE,
Executive Director; STEPHANIE ARCHIE-SMITH, Deputy
Director; MICHELLE YOUNG; REGINALD U. SCRIBER, Deputy
Commissioner; SHANNON BURROUGHS-CAMPBELL, Chief Operations
Officer; SHANNON HARRIS-ROBERTSON; PORTIA MCCONNELL; TONI
ADAIR,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge.
(1:12-cv-02309-CCB)

———————

Submitted: July 11, 2013        Decided: August 1, 2013

———————

Before DUNCAN, DAVIS, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Cleo Anthanett Christopher, Appellant Pro Se. Steven G.
Metzger, Brian Travis Tucker, GALLAGHER EVELIUS & JONES, LLP,
Baltimore, Maryland; Gary Gilkey, Assistant Solicitor,
Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleo Anthanett Christopher appeals the district court's order dismissing her disability discrimination, harassment, and retaliation claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Christopher v. St. Vincent DePaul of Baltimore, Inc., No. 1:12-cv-02309-CCB (D. Md. Feb. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED